Leonardo Martinez 1308051
899 FM 632 Connally Unit
Kenedy Texas 78119

Clerk of The                                      May 6, 2015
Court of Criminal Appeals
P.O. Box 12308 Capital Station
Austin Texas 78711

Re;   Leonardo Martinez V. State of Texas
No. 03-05-00345-CR, trial court No 3041030

Deal Clerk

I would like to request a copy of this courts Docket sheet for the above Cause number. I recieved a 77 year sentence, and two 20 year sentences in this case count one two and three. It was alleged that I was convicted in a jury trial. Notice of appeal was filed on June 10, 2005. and on June 9, 2006 the Third court of Appeals denied relief in a unpublished opinion. and my Petition for Discretionary Review was due on July 7, 2006. I had counsel whom was supose to have filed the PDR. However as of today I have not known if counsel ever filed a PDR in this case. whereas I was never provided with a copy of any PDR, or ruling by this court on any PDR. I am preparring to file a 11.07, however I am inneed of a court docket sheet from this court . Could you please provide me with a court docket sheet showing what has been filed and the Date of all rulling.

Leonardo Martinez 1308051

Enclosed you will find a self addre onvelope for sending docket sheet.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 11 2015

Abel Acosta, Clerk